# UNITED STATES DISTRICT COURT

## District of Minnesota

Alex Dario Masapanta Quilumba

Petitioner,

v.

Bryan Patterson, Todd Lyons, Kristi Noem, Pamela Bondi, Executive Office for Immigration Review, and David Easterwood

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: **0:26-cv-00976 NEB/JFD**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Clerk of Court is directed to transfer this case to the United States District Court for the Western District of Louisiana.

Date: 2/11/2026

KATE M. FOGARTY, CLERK