UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| Alex Dario Masapanta Quilumba | Case No. | 6:26-cv-00443-RRS-DJA |
| Plaintiff | | |
| VS. | Judge | Robert R. Summerhays |
| Bryan PATTERSON, Warden of Pine Prairie Correctional Facility; Todd LYONS, in his capacity as Acting Director, Immigration and Customs Enforcement; Kristi NOEM, Secretary, U.S. Department of Homeland Security; Pamela BONDI, U.S. Attorney General; Executive Office for Immigration Review; David EASTERWOOD, Field Office Director of St. Paul Field Office for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations | Magistrate Judge | David J. Ayo |
| Defendant | | |

**ORDER**

IT IS ORDERED that Sherene Mostaghimi be and is hereby admitted to the bar of this Court pro hac vice on behalf of Alex Dario MASAPANTA QUILUMBA in the above-described action.

SO ORDERED on this, the 19th day of Feb., 20 26.

_____
U.S. Magistrate Judge