**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**ALEX DARIO MASAPANTA QUILUMBA**      **CASE NO.  6:26-CV-00443 SEC P**

**VERSUS**                                                      **JUDGE ROBERT R. SUMMERHAYS**

**BRYAN PATTERSON, ET AL.**                          **MAGISTRATE JUDGE DAVID J. AYO**

## MEMORANDUM ORDER

Before the Court is a MOTION FOR ORDER TO SHOW CAUSE [Doc. 17] filed by Petitioner Alex Dario Masapanta Quilumbra, an immigration detainee at the Pine Prairie ICE Processing Center in Pine Prairie, Louisiana.  Petitioner seeks an expedited response to the AMENDED PETITION FOR WRIT OF HABEAS CORPUS [Doc. 16], as well as a hearing and an order preventing Petitioner's transfer outside the Court's jurisdiction.  [Doc. 17].

Summonses were issued on February 15, 2026 [Doc. 15], but the record contains no affidavit of service.

A court may order a respondent to file an answer, motion, or other response, in its discretion.  *See generally* 28 U.S.C. § 2243; Rule 4 of the Rules Governing § 2254 Cases; *Danforth v. Minnesota*, 552 U.S. 264, 278 (2008); *Maniar v. Warden Pine Prairie Corr. Ctr.*, 6:18-CV-00544, 2018 WL 4869383, at *1 (W.D. La. 2018) (Hanna, M.J.).  And this Court has determined that a 21 day briefing schedule with seven days to reply is reasonable and appropriate in similar cases.

Accordingly, the MOTION [Doc. 17] is GRANTED IN PART to the extent it generally seeks expedited briefing, but DENIED in all other respects[1].

---

[1] Jurisdiction attaches with the filing of the habeas petition and is not destroyed by any subsequent transfer.  *Pena Ramirez v. Noem*, 2025 WL 3443186, at *2 (S.D. Tex. Dec. 1, 2025) (citing *Griffin v. Ebbert*, 751 F.3d 288, 290 (5th Cir. 2014)).  Accordingly, an order preventing transfer is unnecessary.

IT IS ORDERED that a response be filed within 21 days from the date of service of the AMENDED PETITION [Doc. 16] and summons on the United States Attorney for the Western District of Louisiana.  Petitioner shall have seven days within which to file a reply.

After the record is complete and delays have run, the Court will determine if a hearing is necessary.  Otherwise, a Report and Recommendation will be issued without further notice.

THUS DONE in Chambers on this 20th day of March, 2026.

David J. Ayo
United States Magistrate Judge