UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Alex Dario MASAPANTA QUILUMBRA, Petitioner, <br><br>v.<br><br>Bryan PATTERSON, Warden of Pine Prairie Correctional Facility; Brian ACUNA in his capacity as Acting New Orleans Field Office Director, Immigration and Customs Enforcement; Scott LADWIG in his capacity as Assistant New Orleans Field Office Director, Immigration and Customs Enforcement; Todd LYONS, in his capacity as Acting Director, Immigration and Customs Enforcement; Kristi NOEM, Secretary, U.S. Department of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Respondents. | **Case No. 6:26-cv-00443-RRS-DJA**<br><br>**ORDER FOR DISMISSAL** |

## ORDER GRANTING PETITIONER'S VOLUNTARY DISMISSAL

This matter comes before the Court on Petitioner's Unopposed Notice of Voluntary Dismissal.

Having considered the Motion, its exhibit in support, and the applicable law, the Court finds that Petitioner has met the criteria for voluntary dismissal.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner's Unopposed Notice of Voluntary Dismissal is **GRANTED**.

**IT IS SO ORDERED.**

Dated: March 26, 2026      _____